# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWN HAMPTON,** | : CIVIL ACTION NO. 1:15-CV-898 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **JOHN E. WETZEL,** *et al.*, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 5th day of September, 2017, upon consideration of the motion (Doc. 40) for summary judgment filed by defendants Bernard and Koltay, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 40) for summary judgment filed by defendants Bernard and Koltay is GRANTED.

2. Entry of Judgment in favor of defendants Bernard and Koltay is deferred pending further order of court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania