# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **SHAWN HAMPTON,** | : | **CIVIL NO. 1:15-CV-898** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |
| | : | |

# **ORDER**

AND NOW, this 11th day of February, 2019, upon consideration of Hampton's motion (Doc. 58) for reconsideration pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,[1] wherein he requests that the court reconsider its order dated March 21, 2016 based on mistake and newly discovered evidence, and the court noting that a motion based on mistake and newly discovered evidence under Rule 60(b)(1) and (b)(2) must be brought within one year after the entry of the order, see FED. R. CIV. P. 60(c)(1), and it appearing that Hampton's present motion was filed

---

[1] Although Hampton also titled his motion as one for summary judgment, he failed to submit a statement of material facts as required by Local Rule 56.1, and his motion only seeks reconsideration of the court's dismissal of several claims and defendants. As such, the court will address the motion as one for reconsideration under Federal Rule of Civil Procedure 60(b).

on April 23, 2018, thirteen months after the deadline had passed, it is hereby ORDERED that the motion (Doc. 58) for reconsideration is DISMISSED as untimely.

　　　　　　　　　　　　　　　　　／S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　Middle District of Pennsylvania